```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1: 07 MJ 016 DLB |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER |
|  | ) | DISMISSING COMPLAINT |
| v. | ) |  |
| ANTHONY DAVID ESPEJO, | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned complaint, filed January 25, 2007, against defendant ANTHONY DAVID ESPEJO.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 20, 2007            McGREGOR W. SCOTT
                                 United States Attorney


                                 By /s/ Mary L. Grad
                                 MARY L. GRAD
                                 Assistant U.S. Attorney

1

1 <u>O R D E R</u>

2 It is ordered that the above-captioned Complaint in 1: 07 MJ
3 00016 DLB be and is hereby dismissed without prejudice against
4 ANTHONY DAVID ESPEJO.

6 DATED: March 20, 2007            /s/ *Dennis L. Beck*
                                   DENNIS L. BECK
7                                  United States Magistrate Judge